Before STATE INDUSTRIAL BOARD, Respondent. CLARA CARLIN and Others, Respondents, v. LOCKPORT PAPER COMPANY and Another, Appellants.— Motion denied.

EMMA CAVANAUGH, Appellant, v. FLOYD N. DARLING, Respondent.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. MARIA H. CIAPPA and Another, Respondents, v. MORRIS ROSENBERG and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPHINE CICCOLELLI, Respondent, v. STANDARD ARCH COMPANY and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, because there is no evidence to sustain the finding as to the loss of use of the eye. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. BARNETT COHEN, Respondent, v. BROOKLYN-MANHATTAN TRANSIT CORPORATION, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. HARRY COHEN, Respondent, v. WILLIAM GARMAN & Co. and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ELIZABETH CONLEY, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. PATRICK CONNOLLY, Respondent, v. GEORGE ROBERTS & Co. and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is neither proof nor finding that claimant is permanently disabled. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ANNA M. CURRY, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN M. DANN, Respondent, v. JAMES A. HOLLY and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that no written notice of the accident was given; and no finding having been made that the employer had knowledge of the accident the failure to give notice has been improperly excused. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. TONY DE MEOLA, Respondent, v. KOHLER & CAMPBELL and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the authority of *Gannuzzi* v. *Foxwood Construction Co.* (211 App. Div. 637). All concur.

Before STATE INDUSTRIAL BOARD, Respondent. DOLORES TREVINO VDA. DE RAMIREZ, Respondent, v. PLAZA OPERATING COMPANY and Another, Appellants.— Award reversed and matter remitted to the State Industrial Board, on the ground that there is no evidence of dependency. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. DORA DIERS, Respondent, v. BORDEN'S FARM PRODUCTS COMPANY, INC., Appellant.— Award, so far as appealed from, reversed, with costs against the State Industrial Board, on the ground that a lump sum award is not in the interests of justice. All concur.